**724**

199 So.2d 693

**Donald R. PIERCE et al.**

v.

**James V. KELLEY et al.**

**4 Div. 292.**

Supreme Court of Alabama.

June 1, 1967.

J. Robt. Ramsey and R. Clayton Wiggins, Dothan, and Euel A. Screws, Jr., Montgomery, for petitioners.

Merrill & Harrison, Dothan, opposed.

SIMPSON, Justice.

Petition of Donald R. Pierce and another for certiorari to the Court of Appeals to review and revise the judgment and decision in Pierce et al. v. Kelley et al., 43 Ala.App. 674, 199 So.2d 689.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

199 So.2d 704

**H. C. PITTMAN**

v.

**STATE.**

**1 Div. 447.**

Supreme Court of Alabama.

June 1, 1967.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., for petitioner.

W. C. Owens, Monroeville, opposed.

LIVINGSTON, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Pittman v. State, 43 Ala. App. 683, 199 So.2d 698.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.

205 So.2d 576

**Lawrence R. SIMMONS, Jr.**

v.

**STATE.**

**1 Div. 454.**

Supreme Court of Alabama.

Dec. 21, 1967.

Rehearing Denied Jan. 18, 1968.

Thos. M. Haas, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Lawrence R. Simmons, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision in Simmons v. State, 44 Ala.App. 212, 205 So. 2d 576 (1 Div. 172).

Writ denied.

GOODWYN, COLEMAN and HARWOOD, JJ., concur.